# EXHIBIT 1

No. 14-41354

In The United States Court of Appeals
For the Fifth Circuit

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

SCOTT SHERMAN,
Defendant-Appellant.

On Appeal from the United States District Court for the Eastern District of Texas, Sherman Division; Docket No. 4:13-cr-94-5

# Stipulation of Facts

The parties notify the Court that they have stipulated to the following matters of fact that do not currently appear in the record on appeal:

1. The grand jury that returned the indictment against Appellant Scott Sherman was impaneled on 5 April 2011;

2. The original indictment against Mr. Sherman was returned on 11 April 2013;

3. The indictment was returned more than 24 months after date of impaneling; and

4. The grand jury's term had not been extended beyond 24 months.

Respectfully submitted:

/s/ J. Jeffrey Springer
J. Jeffrey Springer
State Bar No. 18966750
SPRINGER & LYLE, LLP
1807 Westminster
Denton, TX 76205
940-387-0404
940-383-7656 (fax)
jeff@springer-lyle.com

Agreed:

/s/Traci L. Kenner
Traci L. Kenner
Appellate Chief, USAO-EDTX
110 N College, Suite 700
Tyler TX 75701
903-590-1400
903-590-1439 (fax)
Traci.Kenner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system on June 18, 2015. Pursuant to Fed. R. App. P. 25(c)(2) and Fifth Cir. Loc. R. 25.2.5, filing with the ECF system constitutes service upon the following counsel of record in this case:

| | |
|---|---|
| Traci L. Kenner, Esq.<br>Appellate Chief<br>United States Attorney's Office<br>Eastern District of Texas<br>110 N. College, Suite 700<br>Tyler, Texas 75702<br>Traci.Kenner@usdoj.gov | Christopher Andrew Eason, Esq.<br>U S Attorney's Office - Plano<br>101 E Park Blvd, Suite 500<br>Plano, TX 75074<br>chris.eason@usdoj.gov |
| J Andrew Williams, Esq.<br>U.S. Attorney's Office<br>101 E. Park Blvd, Suite 500<br>Plano, TX 75074<br>andy.williams@usdoj.gov | Robert Austin Wells, Esq.<br>U S Attorney's Office - Tyler<br>110 N. College, Suite 700<br>Tyler, TX 75702<br>robert.wells3@usdoj.gov |

/s/ J. Jeffrey Springer
J. Jeffrey Springer