UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| v. | § | NO. 4:13CR94<br>Judge Heartfield |
| SCOTT CAMERON SHERMAN (5) | § | |

**ORDER**

Defendant Scott Cameron Sherman has filed an Emergency Motion for Bond (docket entry _____). Having found the requirements for release to be met, it is therefore

**ORDERED** that the Emergency Motion for Bond (docket entry #____) is **GRANTED**. Further, it is

**ORDERED** that the Federal Bureau of Prisons release Scott Cameron Sherman from custody **INSTANTER** under the previous order setting conditions for his release entered on April 17, 2013.