UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| v. | § | NO. 4:13CR94<br>4:15CV553 |
| SCOTT CAMERON SHERMAN (5) | § | Judge Hearfield |

**UNOPPOSED MOTION TO REFER EMERGENCY MOTION FOR BOND TO A MAGISTRATE JUDGE FOR DISPOSITION OR A REPORT AND RECOMMENDATION**

Defendant/Movant, Scott Cameron Sherman ("Sherman"), by and through the undersigned counsel, respectfully moves the Court to refer Sherman's Emergency Motion for Bond (Docket Entry 302) to a U.S. Magistrate Judge for disposition or a Report and Recommendation (R&R) on whether the motion should be granted.

On August 14, 2015, Sherman sought relief by way of a Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255. (Docket Entry 301, Civ. Docket Entry 2). The same day, Sherman filed an Emergency Motion for Bond pending resolution of his currently pending motion under 28 U.S.C. § 2255 and direct appeal. On August 18, 2015, the Government filed its response to Sherman's Emergency Motion for Bond. (Docket Entry 303, Civ. Docket Entry 3). Sherman filed his reply on August 20, 2015. (Docket Entry 306, Civ. Docket Entry 4).

On August 27, 2015, United States Magistrate Judge Don Bush recommended Sherman's motion under 28 U.S.C. § 2255 be dismissed without prejudice. (Civ. Docket Entry 5). The Magistrate's R&R makes no reference to Sherman's Emergency Motion for Bond, and even if the Court were to accept the Magistrate's recommendation, the bond motion will remain pending in Sherman's criminal case.

Pursuant to 28 U.S.C. § 636, Sherman respectfully requests the Court refer his Emergency Motion for Bond to a U.S. Magistrate Judge for disposition or a report and recommendation on whether Sherman should be granted bond pending disposition of his direct appeal.

Respectfully submitted,

s/ Jeremy Gordon
Jeremy Gordon
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, Texas 76063

Tel: 972-483-4865
Email: Jeremy@gordondefense.com

*Attorney for Scott Cameron Sherman*

**CERTIFICATE OF CONFERENCE**

I certify that I previously conferred with AUSA Christopher Eason regarding the reference of Sherman's Emergency Motion to a Magistrate Judge, and was advised the United States is unopposed if the Court is interested in granting such relief.

s/ Jeremy Gordon
Jeremy Gordon

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served this 10th day of September, 2015, via CM/ECF on all counsel of record.

s/ Jeremy Gordon
Jeremy Gordon