UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| v. | § | NO. 4:13CR94<br>4:15CV553 |
| SCOTT CAMERON SHERMAN (5) | § | Judge Hearfield |

**ORDER**

Defendant Scott Cameron Sherman has filed a Motion to Refer Emergency Motion for Bond to a Magistrate Judge for Disposition or a Report and Recommendation (docket entry _____). After review of the motion and the pleadings herein, it is

**ORDERED** that the Emergency Motion for Bond (docket entry # 302) is hereby referred to a United States Magistrate Judge for disposition or a Report and Recommendation on whether the motion should be granted.