IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

SCOTT CAMERON SHERMAN #21018-078 §
§
VS. § CIVIL ACTION NO. 4:15cv553
§ CRIMINAL ACTION NO. 4:13cr94(5)
UNITED STATES OF AMERICA §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Don D. Bush, who issued a Report and Recommendation concluding that the motion to vacate, set

aside, or correct sentence should be dismissed without prejudice. Movant filed objections

concerning his motion for bond pending appeal - not the Report and Recommendation.

The Report of the Magistrate Judge, which contains proposed findings of fact and

recommendations for the disposition of the case, has been presented for consideration. The court

has conducted a *de novo* review of the objections raised by Movant to the Report. It concludes that

the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings

and conclusions of the court. Any motions concerning bond is appropriately filed in the criminal

case. It is accordingly

**ORDERED** that the motion to vacate, set aside, or correct sentence is **DISMISSED** without

prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 21 day of **October, 2015.**

_____
Thad Heartfield
United States District Judge