IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SCOTT CAMERON SHERMAN #21018-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15cv553 |
| | § | CRIMINAL ACTION NO. 4:13cr94(5) |
| UNITED STATES OF AMERICA | § | |

**FINAL JUDGMENT**

Having considered the motion to vacate, set aside or correct sentence and rendered its decision by opinion and order of dismissal issued this same date, the court **ORDERS** that the case is **DISMISSED** without prejudice.

**SIGNED** this the **21** day of **October, 2015.**

Thad Heartfield
United States District Judge